**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TEXARKANA DIVISION**

| | | |
|---|---|---|
| ALEJANDRO OROZCO TORRES, #03840063 | § | |
| VS. | § | CIVIL ACTION NO. 5:04cv130 |
| F.C.I. WARDEN | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Respondent's motion to dismiss (dkt. #7) is **GRANTED**, this action is **DISMISSED** without prejudice, and the statute of limitations is tolled for ninety days; and

**ORDERS** that all motions not previously ruled on are denied.

SIGNED this 17th day of June, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE